DOROTHY H. BURTON, Respondent, *v.* THE ALBANY ART UNION, Appellant.

(Argued October 3, 1928; decided October 23, 1928.)

*Milton B. Knox* and *A. Page Smith* for appellant.
*Glenn A. Frank* and *Emery A. Hamblin* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.